UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMON L. WOODSON,<br><br>    Petitioner,<br><br> vs.<br><br>RICHARD B. IVES, Warden,<br><br>    Respondent. | Case No. CV 13-0543-MWF (RNB)<br><br>J U D G M E N T |

  Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 16, 2013

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE