ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8.20.13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 2 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMON L. WOODSON, | Case No. CV 13-0543-MWF (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| RICHARD B. IVES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 16, 2013

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE